IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RENEE GARCIA**                                                                                                    **PLAINTIFF**

      v.                Case No. 5:13-CV-5296

**JUDGE WILLIAM STOREY;
ATTORNEY BRYAN L. POWELL;
DEPUTY PROSECUTING ATTORNEY
AMY M. DRIVER; DETECTIVE
M. MILLER, Fayetteville Police Department;
and DETECTIVE WILLIAMS,
Fayetteville Police Department**                                                        **DEFENDANTS**

## ORDER

On this 30th day of April, 2014, there comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on April 2, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

/s/ Timothy L. Brooks
Timothy L. Brooks
United States District Judge